# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT   [X] INFORMATION   [ ] INDICTMENT   [ ] SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) - Possession with Intent to Distribute 500 grams and More of Methamphetamine

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:** Maximum life imprisonment; $10,000,000 fine; life term of supervised release; $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
Matthew Mistachkin

**DISTRICT COURT NUMBER**
3:20-cr-00211 RS

**FILED**
May 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
DEA

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. ATTORNEY    [ ] DEFENSE

**SHOW DOCKET NO.**

[ ] this prosecution relates to a pending case involving this same defendant

[X] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3:20-mj-70525

**Name and Office of Person Furnishing Information on this form**
David L. Anderson
[X] U.S. Attorney   [ ] Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Molly K. Priedeman

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction    [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS   [X] NO PROCESS*   [ ] WARRANT    Bail Amount: _____

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: _____    Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

May 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MISTACHKIN,<br><br>Defendant. | CASE NO. 3:20-cr-00211 RS<br><br>VIOLATION:<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute 500 grams and More of Methamphetamine<br><br>SAN FRANCISCO |

INFORMATION

The United States Attorney charges:

COUNT ONE:   21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute 500 grams and More of Methamphetamine

On or about April 13, 2020 in the Northern District of California, the defendant,

MATTHEW MISTACHKIN

did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

INFORMATION                                                      1

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offense alleged in Count One, the defendant,

MATTHEW MISTACHKIN,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment, and the following property:

a.  40 Cal Beretta PX4 Storm pistol with serial number PY141065 and ammunition;
b.  $55,792 in United States Currency seized on March 23, 2020;
c.  Taurus Revolver with the serial number SC730124; and
d.  $12,060 in United States Currency seized on April 13, 2020.

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

\\
\\
\\
\\
\\
\\

INFORMATION                                    2

1    All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
2 Procedure 32.2.

4 DATED: _May 22,2020_____                          DAVID L. ANDERSON
                                                     United States Attorney

                                                     *Molly K. Priedeman*
                                                     _____
                                                     Molly K. Priedeman
                                                     Assistant United States Attorney

INFORMATION                                 3